UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20574-CR-GAYLES

UNITED STATES OF AMERICA

vs.

SANDRA CARDONA,

       Defendant.
_____/

## ORDER DENYING DEFENDANT'S PRO SE
## MOTION FOR EARLY TERMINATION OF PROBATION

Defendant Sandra Cardona filed her *Pro Se* Motion for Early Termination of Probation [ECF No. 123] on May 17, 2023. Although the Defendant completed most special conditions of her probation, she still owes more than $90,000 in restitution. The Defendant's motion is opposed by Probation and the Government [ECF No. 125].

Pursuant to Title 18, United States Code, Section 3564, the Court may terminate a term of probation at any time after the expiration of one year of probation after considering the factors set forth in § 3553(a) and if the Court is satisfied that such action is warranted by the conduct of the defendant released and the interests of justice. The Defendant began her term of probation on August 7, 2020; therefore, she is eligible for consideration of termination as more than one year of her probation has expired. However, after considering the applicable § 3553(a) factors and the large amount of outstanding restitution, the Court finds that Defendant's conduct does not warrant early termination and that it is not in the interests of justice to terminate her probation at this time. THEREFORE, Defendant's Pro Se Motion for Early Termination of Probation is **DENIED without prejudice.**

The Defendant may request leave to transfer her probation to Massachusetts. To do so, the Defendant shall follow the procedures set by the U.S. Probation Office.

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami-Dade County, Florida this 12th day of June, 2023.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE